```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOINA ALMAZON,

      Plaintiff,

-against-

JP MORGAN CHASE BANK,

      Defendant.

24-CV-5415 (VEC) (BCM)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

On August 16, 2024 the Court scheduled an initial case management conference in accordance with Fed. R. Civ. P. 16 for October 2, 2024, and directed the parties to (i) meet and confer in accordance with Fed. R. Civ. P. 26(f) no later than 21 days prior to the initial case management conference, and (ii) file a Pre-Conference Statement no later than one week before the conference. (Dkt. 13.) Since then, the parties have fully briefed defendant's motion to dismiss (Dkt. 9), which could wholly resolve this action. Consequently, in order to conserve the parties' resources and promote judicial efficiency, the initial case management conference is ADOURNED *sine die*, pending decision on the motion to dismiss.

The Clerk of Court is respectfully directed to take the October 2, 2024 conference off the calendar. Plaintiff's letter-motion (Dkt. 19) is DENIED as MOOT.

Dated: New York, New York
       September 9, 2024

                              **SO ORDERED.**

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**